[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] ORDER
Upon reconsideration and final recalculation this date, it is hereby ordered that judgment enter for the plaintiff as follows:
United Technologies Corp. v. General Plasma, Inc.
settlement 100,000.00
Reasonable attorney's fees and costs incurred in the UTC action 179,234.19
General Statutes § 37-3a prejudgment interest on UTC settlement costs and reasonable attorney's CT Page 8172 fees and costs incurred therein 74,855.69
Reasonable attorney's fees and costs incurred in the present action 48,532.35
General Statutes § 52-192a offer of judgment interest on attorney's fees and costs incurred in UTC and present actions, UTC settlement costs and § 37-3a prejudgment interest 124,746.89
Total Judgment 527,369.12
Peck, J.